# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CASE NO.: 7:23-CR-54 (LAG) (TQL) |
| | : |
| RODNEY D. WILLIAMS, | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

Before the Court is Defendant's Unopposed Motion to Continue Trial. (Doc. 25). Therein, Defendant moves to continue the pretrial conference and trial in this matter, which are currently scheduled for April 30, 2024, and June 3, 2024, respectively. (*Id.* at 1).

On May 9, 2023, Defendant was charged in a one-count indictment. (Doc. 1). Defendant's initial appearance was on March 25, 2024, and the Government provided discovery on March 28, 2024. (*See* Doc. 12; Doc. 25 at 2). Defense counsel represents that they are still in the process of reviewing the discovery with Defendant, and that the Government does not oppose Defendant's request to continue the trial in this matter. (Doc. 25 at 2).

Upon due consideration, the Court finds that the "ends of justice served by [the granting of such continuance] outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Specifically, the Court finds that denying the continuance would deny Defendant reasonable time to prepare for trial. *Id.* § 3161(h)(7)(B)(iv). Accordingly, Defendant's Motion (Doc. 25) is **GRANTED**. The delay occasioned by this continuance shall be deemed **EXCLUDABLE** pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

It is hereby **ORDERED** that the pretrial conference and trial in the above-captioned matter shall be **CONTINUED** to a later date to be determined. The deadlines in the Court's

April 3, 2024, Scheduling Order (Doc. 21) are hereby terminated, and a new scheduling order will be forthcoming.

        **SO ORDERED**, this 23rd day of April, 2024.

                                  <u>/s/ Leslie A. Gardner</u>
                                  **LESLIE A. GARDNER, JUDGE**
                                  **UNITED STATES DISTRICT COURT**