# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CASE NO.: 7:23-CR-54 (LAG) |
| | : |
| RODNEY WILLIAMS, | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

Before the Court is Defendant's Unopposed Motion to Continue Trial. (Doc. 41). Therein, Defendant moves to continue the trial in this matter, which is currently scheduled for January 21, 2025. (*Id.*; Doc. 32).

On May 9, 2023, Defendant was charged in a one-count indictment. (Doc. 1). Defendant initially appeared on March 25, 2024. (Docs. 12, 14–16). Defendant represents that a continuance is necessary because Defense counsel "has concerns about [Defendant's] ability to meaningfully assist in the preparation of his trial defense" in light of issues with Defendant's mental health medications. (*Id.*). The Government "does not oppose this motion." (*Id.*).

Upon due consideration, the Court finds that the "ends of justice served by the granting of [a] continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Specifically, the Court finds that denying the continuance would deny Defendant the reasonable time to prepare for trial. 18 U.S.C. § 3161(h)(7)(B)(i), (iv). Accordingly, the Unopposed Motion to Continue (Doc. 41) is **GRANTED**, and the delay occasioned by this continuance shall be deemed **EXCLUDABLE** pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

It is hereby **ORDERED** that trial in the above-captioned matter shall be **CONTINUED** to a date to be determined later. The deadlines in the Court's December 2,

2024, Scheduling Order (Doc. 32) are hereby terminated, and a new scheduling order will be forthcoming.

**SO ORDERED**, this 7th day of January, 2025.

<u>/s/ Leslie A. Gardner</u>
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**