**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 7:23-CR-54** |
| **v.** | : | |
| | : | |
| **RODNEY D. WILLIAMS,** | : | |
| | : | |
| **Defendant** | : | |
| _____ | : | |

## <u>ORDER</u>

Upon the motion of the Government, and for the reasons stated in the Government's motion, the pending indictment is hereby DISMISSED with prejudice.

SO ORDERED this __11th___ day of _____February_____, 2025.


_/s/ Leslie A. Gardner_____
LESLIE A. GARDNER, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE